## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Luxottica Group S.p.A., et al.

                              Plaintiff,

v.                                     Case No.: 1:22−cv−01306

                                     Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 6/13/2022 via Webex. Plaintiff's Motion for Default and Default Judgment as to remaining Defendants as identified with the exception of Defendant Andongnywell [43] is granted. Enter Order of Default as identified in Motion [43] with the exception of Defendant Andongnywell. Default Judgment Order to follow. Defendant Andongnywell's Motion for extension of time to answer [52] is granted. Answer shall be filed by 6/28/2022. Briefing schedule set as to Defendant Andongnywell's Motion to vacate order on preliminary injunction [49]. Response due by 6/28/2022; Reply due by 7/5/2022. Webex Status hearing set for 7/13/2022 at 9:15 AM. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)−479−3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear via video. Given the increased volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. Please test the sound quality and video functions of your device in advance. Motion for entry of default [43] is granted; Motion for default judgment [43] is granted; Motion for extension of time to answer [52] is granted; Status hearing held on 6/14/2022; Set deadlines/hearing as to motion for entry of default,, motion for default judgment, [43], motion for extension of time to file answer[52], motion to vacate, [49] : Responses due by 6/28/2022 Replies due by 7/5/2022. Status hearing set for 7/13/2022 at 09:15 AM.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.